SANDRA KAY NICHLOS
20 TARRA LANE
PURVIS, MS 39475

HILLEN, WICKER & TAPSC
P.O. DRAWER 409
TUPELO, MS 38802

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

LVNV FUNDING LLC
ATTN: BANKRUPTCY
PO BOX 1269
GREENVILLE, SC 29602

BMO HARRIS BANK
ATTN: BANKRUPTCY
111 W MONROE ST
CHICAGO, IL 60603

MCCALLA RAYMER LEIBERT
251 TRACE COLONY PARK
STE A
RIDGELAND, MS 39157

CADENCE BANK
ATTN: BANKRUPTCY
2800 POST OAK BLVD
STE 3800
HOUSTON, TX 77056

OCWEN LOAN SERVIC
ATTN. BANKRUPTCY
1661 WORTHINGTON RD.
SUITE 100
WEST PALM BEACH, FL 33409

CADENCE BK
POB 3370
TUPELO, MS 38803

SMITH, ROUCHON & ASSOC
SRA
1456 ELLIS AVE
JACKSON, MS 39204

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

CREDENCE RESOURCE MNG
ATTN: BANKRUPTCY
PO BOX 2300
SOUTHGATE, MI 48195

FOUNDATION FINANCE CO
ATTN: BANKRUPTCY DEPT
P.O. BOX 437
SCHOFIELD, WI 54476