# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50664          **Case Name:** Sandra Kay Nichlos

**Set:** 06/16/2026 01:30 pm  **Chapter:** 13  **Type:** bk    **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #15) - RESET TO 7/14/26 PER REQUEST OF PARTIES

---

Minute Entry Re: (related document(s): [9] Confirmation Hearing) The Trustee's Objection (Dkt #15) is reset to 714/26. Confirmation hearing removed. (mcc)