**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
GULFPORT-6 **DIVISION**

IN RE:  SANDRA KAY NICHLOS, DEBTOR

CHAPTER 13 PROCEEDING
CASE NO. 26-50664-KMS

**APPEARANCE OF COUNSEL**

LOGS Legal Group LLP of Jackson, Mississippi, enters its appearance of counsel of record for The Secretary of Veterans Affairs, an officer of the United States in the above referenced bankruptcy.  Pursuant to Section 1109 (b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, we request that all notices given or required to be served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below.

Pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints or demands transmitted or conveyed by mail, delivery, telephone, telegraph, telefax or otherwise, which affect the Debtor or property of the Debtor.

Dated: This the 1st day of July, 2026.

Respectfully Submitted
LOGS LEGAL GROUP LLP

/s/ Eric C. Miller

William Savage #105785
Eric Miller #102327
Attorney for Creditor

## CERTIFICATE OF SERVICE

I, the undersigned, of the firm of LOGS Legal Group LLP, do hereby certify that I have this date provided a copy of the foregoing either by electronic case filing or by United States mail postage pre-paid to the following:

David Rawlings
ecfnotices@rawlings13.net

Thomas Carl Rollins, Jr., The Rollins Law Firm, PLLC, Attorney for Debtor
trollins@therollinsfirm.com

Sandra Kay Nichlos
20 Tarra Lane
Purvis, MS 39475


Dated: July 1, 2026_____


Respectfully Submitted
LOGS LEGAL GROUP LLP


/s/ Eric C. Miller

_____
William Savage #105785
Eric Miller #102327
Attorney for Creditor


Presented by:
William Savage #105785
Eric Miller #102327
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 26-50664-KMS