# Proceeding Minutes / Proceeding Memo

**Case #:**  26-50664          **Case Name:**  Sandra Kay Nichlos

**Set:**  07/14/2026 01:30 pm   **Chapter:**  13   **Type:**  bk     **Judge**  Katharine M. Samson

**matter**   Objection to Confirmation of Plan Filed by Trustee David Rawlings (RE: related document(s)2 Chapter 13 Plan).  (Dkt. #15)

---

   Minute Entry Re: (related document(s): [15] Objection to Confirmation of the Plan filed by David Rawlings) Appearance: Brian Christopher Wilson. Matter will be reset per request of parties. (cwe)