# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50664          **Case Name:** Sandra Kay Nichlos

**Set:** 08/11/2026 01:30 pm   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter**   Objection to Confirmation of Plan Filed by Trustee David Rawlings (RE: related document(s)2 Chapter 13 Plan).  (Dkt. #15)

---

Minute Entry Re: (related document(s): [15] Objection to Confirmation of the Plan filed by David Rawlings) Wilson to submit an Agreed Order. Order due by 08/25/2026. (mcc)