_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 7, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:        SANDRA KAY NICHLOS,
              DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 26-50664-KMS

DAVID RAWLINGS, TRUSTEE

## AGREED ORDER ON TRUSTEE'S
## <u>OBJECTION TO CONFIRMATION</u>

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection to Confirmation (Docket No. 15), and the Debtor has agreed the amount paid to the unsecured creditors should be increased.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plan is modified to pay Funds Remaining to the timely filed and allowed unsecured creditors.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule

-1-

58 of the Federal Rules of Civil Procedure.

##END OF ORDER##


Agreed/Approved By:

/s/ Thomas C. Rollins, Jr., Attorney
For the Debtor(s)

Submitted and Approved By:

/s/Brian Wilson, Attorney
for Chapter 13 Trustee PO
Box 566
Hattiesburg, MS  39403
(601) 582-5011 Miss.
Bar No. 99994
bwilson@rawlings13.net

-2-