United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-50664-KMS
Sandra Kay Nichlos Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 3
Date Rcvd: Aug 17, 2026 Form ID: n031 Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra Kay Nichlos, 20 Tarra Lane, Purvis, MS 39475-5825 |
| 5664227 | + | HUNTINGTON NATIONAL BANK SUCCESSOR BY MERGER TO CA, PO BOX 1727, TUPELO, MS 38802-1727 |
| 5662392 | + | Hillen, Wicker & Tapsc, P.O. Drawer 409, Tupelo, MS 38802-0409 |
| 5662394 | + | McCalla Raymer Leibert, 251 Trace Colony Park, Ste A, Ridgeland, MS 39157-8857 |
| 5663952 | + | The Huntington National Bank fka Cadence Bank, PO Box 1727, Tupelo, MS 38802-1727 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Aug 17 2026 20:05:59 | The Secretary of Veterans Affairs, an officer of t, ATTN: Bankruptcy Department, P O Box 24605, West Palm Beach, FL 33416-4605 |
| 5672602 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 17 2026 20:13:04 | BMO Bank N.A. c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5662385 | ^ | MEBN | Aug 17 2026 20:05:32 | BMO Harris Bank, Attn: Bankruptcy, 111 W Monroe St, Chicago, IL 60603-4095 |
| 5662386 | + | Email/Text: bankruptcy.dept@cadencebank.com | Aug 17 2026 20:08:00 | Cadence Bank, Attn: Bankruptcy, 2800 Post Oak Blvd, Ste 3800, Houston, TX 77056-6170 |
| 5662387 | + | Email/Text: bankruptcy@cadencebank.com | Aug 17 2026 20:08:00 | Cadence Bk, Pob 3370, Tupelo, MS 38803-3370 |
| 5662388 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 17 2026 20:13:10 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5662389 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 17 2026 20:13:18 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5662390 | + | Email/Text: bankruptcy@credencerm.com | Aug 17 2026 20:08:00 | Credence Resource Mng, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 5662391 | | Email/Text: bankruptcy@foundationfinance.com | Aug 17 2026 20:08:00 | Foundation Finance Co, Attn: Bankruptcy Dept, P.O. Box 437, Schofield, WI 54476 |
| 5684738 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 17 2026 20:08:00 | Foundation Finance Company, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 5681120 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 17 2026 20:08:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5673220 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 17 2026 20:07:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

| | | | |
|---|---|---|---|
| 5662393 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2026 20:13:11 | LVNV Funding LLC, Attn: Bankruptcy, Po Box 1269, Greenville, SC 29602-1269 |
| 5666125 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2026 20:13:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5683575 | + Email/Text: pasi_bankruptcy@chs.net | Aug 17 2026 20:07:00 | Merit Health Wesley, c/o PASI, PO Box 188, Brentwood TN 37024-0188 |
| 5662395 | + Email/Text: BKEBN-Notifications@ocwen.com | Aug 17 2026 20:07:00 | Ocwen Loan Servic, Attn. Bankruptcy, 1661 Worthington Rd., Suite 100, West Palm Beach, FL 33409-6493 |
| 5687599 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 17 2026 20:13:18 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5662396 | + Email/Text: Tracey@sra-inc.net | Aug 17 2026 20:08:00 | Smith, Rouchon & Assoc, Sra, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5662397 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 17 2026 20:13:17 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5691804 | ^ MEBN | Aug 17 2026 20:05:59 | The Secretary of Veterans Affairs, c/o Onity Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | BMO Bank N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5692748 | ##+ | Eric C Miller, Esq., LOGS Legal Group, LLP, For The Secretary of Veterans Affairs, 579 Lakeland East Drive, Suite D, Flowood, MS 39232-9037 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Eric C Miller | |

| | |
|---|---|
| | on behalf of Creditor The Secretary of Veterans Affairs an officer of the United States logsecf@logs.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sandra Kay Nichlos trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−50664−KMS
**Chapter:** 13

**In re:**

Sandra Kay Nichlos
20 Tarra Lane
Purvis, MS 39475

Notice of Entry of Order Confirming Plan

The Court entered an Order on August 17, 2026 (Dkt. # 26 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: August 17, 2026

Danny L. Miller, Clerk of Court