UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
SANDRA KAY NICHLOS
20 Tarra Lane
Purvis, MS 39475

CHAPTER 13 PROCEEDING:
26-50664 KMS

**MOTION TO INCREASE PLAN PAYMENT**

THAT THE SUM PROPOSED TO BE PAID as a Plan Payment by the Debtor is insufficient to complete the payment of the Plan in the originally scheduled number of months proposed by the Debtor for the following reason: the mortgage arrears claim and the ongoing monthly mortgage payment are more than provided for in the plan.

WHEREFORE, TRUSTEE MOVES THE COURT to increase the Debtor's Plan Payment to the sum of $2,049.38 per month beginning with the month of October 22, 2026.

RESPECTFULLY SUBMITTED: August 28, 2026

/s/ DAVID RAWLINGS
DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403

**CERTIFICATE OF SERVICE**

I, DAVID RAWLINGS, do hereby certify that I have forwarded a true and correct copy of the foregoing Motion to Debtor, Debtor's Attorney and to the U.S. Trustee at the addresses listed below by placing a copy of same in the United States Mail with postage prepaid on this day, August 28, 2026.

DEBTOR:

SANDRA KAY NICHLOS
20 Tarra Lane
Purvis, MS 39475

ATTORNEY FOR DEBTOR:

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS 39236

U.S. TRUSTEE:

501 East Court Street
Suite 6-430
Jackson, MS 39201

/s/ DAVID RAWLINGS
DAVID RAWLINGS, TRUSTEE